# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ONE PUTT BROADCASTING, LLC, et al.,<br><br>Defendants. | Case No. 1:22-cv-01262-ADA-SAB<br><br>ORDER ENTERING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF Nos. 7, 8) |

On October 31, 2022, the parties filed a stipulation, and an amended stipulation, to extend the deadline for Defendants to respond to the complaint. (ECF Nos. 7, 8.) The Court finds good cause exists to grant the requested relief. The Court notes that pursuant to Local Rule 144(a), Court approval of the stipulation to extend time is not required, however, given the parties submitted a proposed order, the Court enters this order approving the stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants to file a response to the complaint is extended to **November 14, 2022**.

IT IS SO ORDERED.

Dated:   **November 1, 2022**

UNITED STATES MAGISTRATE JUDGE