# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MUSIC RIGHTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ONE PUTT BROADCASTING, LLC, et al.,<br><br>Defendants. | Case No. 1:22-cv-01262-ADA-SAB<br><br>ORDER ENTERING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 10) |

On November 10, 2022, the parties filed a stipulation to extend the deadline for Defendants to respond to the complaint. (ECF No. 10.) The Court finds good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants to file a response to the complaint is extended to **November 28, 2022**.

IT IS SO ORDERED.

Dated:  **November 14, 2022**

_____
UNITED STATES MAGISTRATE JUDGE